# United States District Court
## Southern District of Georgia

Kara Henderson and William Henderson, individually and as ~~Parent Next Friend and Next~~,
**Plaintiff**

Case No. CV423-216

v.

United States of America
**Defendant**

Appearing on behalf of
Plaintiffs
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 13th day of September, 2023.

*Christopher L. Ray*
UNITED STATES MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Lisa B. Weinstein |
| Business Address: | Grant & Eisenhofer, P.A. |
| | Firm/Business Name |
| | 30 N. LaSalle St. |
| | Street Address |
| | Suite 2350 — Chicago — IL — 60602 |
| | Street Address (con't) — City — State — Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 — City — State — Zip |
| | (312) 610-5350 |
| | Telephone Number (w/ area code) — Georgia Bar Number |
| Email Address: | lweinstein@gelaw.com |