AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KARA HENDERSON and WILLIAM HENDERSON, individually and as Parents, Next Friends, and Natural Guardians of G.H., their minor child,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cv-216

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 3, 2024, the Defendant's Motion to Dismiss is granted.

Therefore, Plaintiffs' Complaint is dismissed and this case stands closed.

Approved by: _[signature]_

June 5, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_[signature]_ Jamie Hodge
(By) Deputy Clerk

GAS Rev 10/2020